UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.  08-CR-254S-1

JAVAUGHAN PARKER,

Defendant.

---

SENTENCING LETTERS

4/12/10

Dear Judge William Skrenty,

My name is RANDA S. FAUCES I'm the mother of JAVaughan Parker #17303-055 an inmate at Bflo. Fed. Detention.

Judge Skrenty, my son is the father of 6 childrens. 3 Honor Roll students 3 Merit Roll. His oldest Grad from Grover C leve. Oldest daughter, honor roll 4yrs. Grad from McKinley High. Younger Daughters attend Perform Art, other attend City Honors, because of their fathers guildence & love they are were they are today. All 6 children also were active in Little football. A team that was founded by Javaughan's younger bro. G.C. Cowboys. He has a

great Rapport with parents and other teammates. Dependable & efficient. There are young football students, that are looking forward to playing on JaVaughan's team, this summer. So I am asking for your grace, mercy, and Blessings from your courtroom, on behalf of my son. Judge Skrenty would you please RELEASE my son, under supervision & monitor until the court come to a decision on this case. Judge Skrenty if there is a program that my son can assist with young adults in youth center during this time. I assure you that you will be pleased by JaVaughan performance. JaVaughan is a loving father, efficient, great son, & older bro. He will not disappoint you or your courtroom. May God bless you & family. Thanks for your time
Mother Ranika ~~Favors~~

130 Courtland Ave
Buffalo N.Y. 14215
July 12, 2010

U.S.D.C
68 Court St.
Buffalo, N.Y. 14202

RECEIVED
WILLIAM M. SKRETNY
JUL 14 2010
United States District Court
Western District of New York

Honorable: William Skrenty

    Hello sir, my name is Tanita Scott, the mother of JaVaughan Parker's youngest child Moet Scott (11yrs. old). I am writing to you today asking for a plea of mercy on our family! Please consider the fact that JaVaughan is an excellent father to five children, that are all in a state of disarray! He is the head of our family, without him life is not going to be the same. One thing in life that I have never imagined is being a single-parent. The thought of this horrifies me beyond recognition, and it hurts more than words can express. I met this man when I was 17 yrs. old, he was 19. He became my first, last, and only love. In these past sixteen years we have grew, learned, experienced love, and

become parents together. How do I continue on without him? While I do understand the seriousness of this case, some of the charges I do not! The law is suppose to protect us from things such as here say, without proof beyond a shadow of a doubt. This case has shattered those beliefs in me. How do we trust in our justice system if someone can come forward, and make a statement without proving it? I pray and beg God everyday for a blessing, and a miracle. Once again Judge Skrenty, I humbly beg for your mercy on JaVaughan, his children, and the rest of his family. Our lives are now in your hands sir!

Respectfully,
Tanita Scott
Tanita Scott

130 Courtland Ave
Buffalo, N.y. 14215
July 12, 2010

U.S.D.C
68 Court St.
Buffalo, N.y. 14202

RECEIVED
WILLIAM M. SKRETNY
JUL 1 4 2010
United States District Court
Western District of New York

Honorable: William Skrenty

Dear Judge Skrenty, I am Ja'Vaughan Parker's daughter. Please don't give my dad a long time in jail. I understand the situation that is going on, but I really need my dad home as soon as he can be. Since he has been gone I've cried myself to sleep for many nights. I still can't get over the fact that my dad is gonna be gone for a long time. I really miss spending time with my dad. I would do and trade anything for my dad to be home with me.

Sincerely,
Moet Scott