IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       v.

                                     08-CR-254-S

JAVAUGHAN PARKER,

       Defendant.

## STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by 18 U.S.C. §3013 to pay the sum of $100 at the time of sentencing.

Upon the ground that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid

preparing for trial and permitting the government and the Court to allocate their resources efficiently, the government hereby moves the Court to apply the additional one (1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. §3E1.1(b).

    DATED:    Buffalo, New York, October 14, 2010.

                                Respectfully submitted,

                                WILLIAM J. HOCHUL, JR.
                                United States Attorney

                           BY:  s/JOSEPH M. GUERRA, III
                                Assistant U.S. Attorney
                                U.S. Attorney's Office
                                138 Delaware Avenue
                                Buffalo, New York  14202
                                (716) 843-5824
                                joseph.m.guerra@usdoj.gov

TO: George Sallaway, Esq.
    United States Probation Department
      Attn:  USPO Michael J. Quarantillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-                        08-CR-254-S

JAVAUGHAN PARKER,

          Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2010, I electronically filed the foregoing **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

George H. Sallaway, Esq.
7030 E. Genesee Street
Fayetteville, New York 13066

United States Probation & Parole
68 Court Street, Room 234
Buffalo, New York  14202
Attn:  USPO Michael J. Quarantillo

                                              s/KAREN S. BARONE