In the United States District Court for
the Western District of New York

Javaughan Parker,
Petitioner

v.

United States of America,
Respondent

Cause No.: 1:08cr-00254-WMS-1

## Motion to Reduce Sentence Pursuant to 18USC 3582(c)(2)

NOW COMES, Javaughan Parker, Petitioner through Pro-Se representation before this court seeking the reduction of his prison sentence pursuant to 18 USC 3582 (c)(2). Petitioner humbly requests that this Court gives retroactive effect to Amendment #782 of Title 18 of the United States Code. This amendment is also known as the "All Drugs Minus Two Amendment" (further mentioned herein as "the Amendment"). This request is also made under U.S.S.G.1.B1.10.. He solicits the reduction of his sentence from 120 months to 87 months. The Sentencing Commission has expressly designated the Amendment as one that may be applied retroactively, effective on November 1, 2014.

The Court must make two determinations in deciding whether or not to modify a sentence under 18 USC 3582(c)(2). Under the first step, the Court considers what sentence it would have imposed had the Amendment been in effect at the time Petitioner was sentenced. Then the Court determines what

sentence it would have imposed had the new sentencing range been enacted at the time of the original sentence, leaving untouched all other previous factual decisions concerning particular sentencing factors. United States v. Johnson (2nd cir.,2011) 633F.3d116.2011 US App LEXIS 1754. Such factors include inter alia, role in offense, obstruction of justice, more than minimal planning and acceptance of responsibility. Accordingly, the Court's determination should place the guidelines range that would have applied had the Ammendment been in effect. Here the relevant guideline range would be 87 months as opposed to the pre-Amendment range of 120 months.

Having established the applicable Ammendment guideline range, the Court must now consider the factors set forth in 18USC 3553(a), and exercise its informed discretion to decide whether or not to modify the original sentence previously imposed. See: 18USC 3582(c)(2). The factors set forth in section 3553(a), are the following:

1) the nature and circumstances of the offense and the history and characteristics of the defendant

2) the need for the sentence imposed

3) the kinds of sentences available

4) the applicable sentencing ranges under the guidelines.

5) any pertinent Sentencing Commission policy statement.

6) the need to avoid unwarranted sentence disparities

among defendants

7) the need to provide restitution to the victims. Placed more accurately, the statute requires the sentence imposed to satisfy the concerns of retribution; general deterance; special deference; and rehabilitation.

With the matter at bar, time is of the essence. Attached. is a copy of the Petitioner's education transcript during his incarceration. These transcripts and certificates provide the Court with a detailed account of the courses and activities he has completed under his own initiative. Petitioner believes this to be clear evidence of his rehabilitation efforts the U.S. Congress has expressly instructed district courts to consider as factors. Any evidence of post-sentencing rehabilitation may plainly be relevant to the history and characteristics of the defendant. Pepper v. United States (US 2011) 562 US _____, 131 S. Ct. _____, 179 L.Ed.2d. 196. 2011 US LEXIS 1902. Moreover. any additional incarceration is not warranted to deter Petitioner from committing any further offenses against society.

## Conclusion

Again, Petitioner would like to illustrate that time is at the essence in this matter. Because of the remaining length of the Petitioner's sentence. He may not benefit from the Amendment. Petitioner solicits the Court to recommend

to the Federal Bureau of Prisons it is their desire for the Petitioner to be considered for 12 months halfway house pursuant to the Second Chance Act of 2007. This recommendation is one of the criteria of this Act.

In conclusion. Petitioner respectfully requests that this Court grants his motion for reduction of sentence pursuant to 18 USC 3582 (c)(2).

Respectfully,

Javaughan Parker, Pro-Se
Petitoner (17303-055)

Federal Prison Camp

Maxwell Air Force Base

Montgomery, AL 36112

I, Javaughan Parker, Pro-Se, Petitioner, hereby declare under the penalty of perjury that the above is true and correct to the best of my knowledge. This document was placed in the prison mailing system on  Oct. 30  , 2014.

Javaughan Parker                                    Oct. 30,    2014

```
                        INMATE EDUCATION DATA                    *
                             TRANSCRIPT                          *


REGISTER NO: 17303-055      NAME..: PARKER              FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: ELK-ELKTON FCI


------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
ELK FSL    ACE RESIDENT CONSTRUCTION, FSL 09-10-2011 02-11-2012   P   C  P   14
ELK FSL    CAMP SPINNING/WELLNESS-<HN>    10-27-2011 01-07-2012   P   C  P    2
ELK FSL    INSIDE OUT DADS (FSL)          08-02-2011 10-01-2011   P   C  P   24
ELK FSL    FSL CLOSED CIRCUIT ACE         08-01-2011 08-01-2011   P   C  P    1
ELK FSL    CHILD DEVELOPMENT (FSL)        05-07-2011 06-29-2011   P   C  P   18
ELK FSL    FSL DIVERSITY AWARE RPP<PG>    02-23-2011 02-23-2011   P   C  P    1
ELK FSL    FSL AIDS AWARENESS RPP<HN>     02-23-2011 02-23-2011   P   C  P    1




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
                          INMATE EDUCATION DATA               *
                                TRANSCRIPT                    *


REGISTER NO: 17303-055        NAME..: PARKER
FORMAT.....: TRANSCRIPT       RSP OF: ELK-ELKTON FCI


--------------------------------  EDUCATION COURSES  --------------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV   HRS
ELK FSL     CAMP NFPT PERSONAL TRAINER   02-08-2013  08-06-2013   P  C  P     2
ELK FSL     CAMP SPINNING/WELLNESS-<HN>  03-26-2013  06-27-2013   P  C  P     2
ELK FSL     FSL CORE FITNESS             03-26-2013  06-27-2013   P  C  P     2
ELK FSL     FSL BOOK CLUB                03-01-2013  03-30-2013   P  C  P     5
ELK FSL     FSL CORE FITNESS             01-08-2013  03-26-2013   P  C  P     2
ELK FSL     FSL BOOK CLUB                02-01-2013  02-28-2013   P  C  P     5
ELK FSL     FSL BOOK CLUB                01-03-2013  02-05-2013   P  C  P     5
ELK FSL     FSL BOOK CLUB                12-01-2012  12-31-2012   P  C  P     5
ELK FSL     FSL BOOK CLUB                11-03-2012  11-03-2012   P  C  P     5
ELK FSL     FSL BOOK CLUB                11-02-2012  12-04-2012   P  C  P     5
ELK FSL     BUSI PRINCIPLES, PM CLASS, SUN 02-11-2012 06-21-2012  P  C  P    13
ELK FSL     REBUILDING FOR FUTURE-RPP<PG>  03-06-2012 04-12-2012  P  C  P     6
ELK FSL     ATTITUDE-YOUR CHOICE-RPP<PG>   02-20-2012 04-03-2012  P  C  P     6
ELK FSL     CAMP SPINNING/WELLNESS-<HN>  01-12-2012  03-20-2012   P  C  P     2


G0002         MORE PAGES TO FOLLOW . . .
```

```
                           INMATE EDUCATION DATA
                                 TRANSCRIPT


REGISTER NO: 17303-055      NAME..: PARKER
FORMAT.....: TRANSCRIPT     RSP OF: ELK-ELKTON FCI


------------------------- EDUCATION INFORMATION -----------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
ELK  ESL HAS    ENGLISH PROFICIENT           03-01-2011 1752 CURRENT
ELK  GED HAS    COMPLETED GED OR HS DIPLOMA  02-23-2011 1342 CURRENT


-------------------------- EDUCATION COURSES --------------------------------
SUB-FACL.  DESCRIPTION                     START DATE  STOP DATE  EVNT AC LV  HRS
ELK FSL    CAMP CERAMICS                   08-19-2014  10-03-2014  P   C  P    2
ELK FSL    MEDICINE BALL (CAMP WELLNESS)   05-15-2014  10-03-2014  P   C  P    2
ELK FSL    CARDMAKING (CAMP LEISURE)       08-01-2014  09-23-2014  P   C  P    2
ELK FSL    MEDICINE BALL (CAMP WELLNESS)   02-08-2014  05-15-2014  P   C  P    2
ELK FSL    FSL, TYPING CLASS, 1230 CHUPA   01-19-2014  04-01-2014  P   C  P   40
ELK FSL    ACE, REAL ESTATE, SUNDAY PM     12-07-2013  03-20-2014  P   C  P   14
ELK FSL    FSL CORE FITNESS                09-30-2013  12-27-2013  P   C  P    2
ELK FSL    CAMP CERAMICS                   11-23-2013  12-15-2013  P   C  P    1
ELK FSL    ACE SPANISH, AM CLASS, SUN      07-27-2013  11-09-2013  P   C  P   14


G0002      MORE PAGES TO FOLLOW . . .
```