IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                        08-CR-254-WMS

JAVAUGHAN PARKER,

            Defendant.

---

## RESPONSE TO MOTION FOR EARLY
## TERMINATION OF SUPERVISED RELEASE

1.    By way of a motion, the defendant, JaVaughan Parker, has requested early termination of his term of supervised release (Docket Item 88).

2.    On June 3, 2020, the government consulted with the defendant's supervising Probation Officer and was advised that the Probation Office "would not oppose" the motion.

3.    After reviewing the motion and consulting with the Probation Office, the government does not oppose the motion.

DATED:  Buffalo, New York, June 4, 2020.

                                                    JAMES P. KENNEDY, JR.
                                                  United States Attorney

BY:    *s/JOSEPH M. GUERRA, III*
           Assistant United States Attorney
           United States Attorney's Office
           Western District of New York
           138 Delaware Avenue
           Buffalo, New York 14202
           716/843-5824
           joseph.m.guerra@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                             08-CR-254-WMS

JAVAUGHAN PARKER,

            Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, I electronically filed the foregoing **RESPONSE TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** with the Clerk of the District Court using its CM/ECF system.

I also certify that I mailed the foregoing via United States mail to the following non-CM/ECF participant:

        JaVaughan Parker
        18 Roebling Avenue
        Buffalo, NY 14215

                                              *s/KATHLEEN M. RIEMAN*